# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| SUSAN L. KESTEL, : | |
| : | Case No. 3:16-cv-382 |
| Plaintiff, : | |
| : | Judge Thomas M. Rose |
| v. : | |
| : | |
| COMMISSIONER OF SOCIAL SECURITY, : | |
| : | |
| Defendant. : | |

## ENTRY AND ORDER OVERRULING OBJECTIONS (DOC. 14), ADOPTING REPORT AND RECOMMENDATIONS (DOC. 13), AFFIRMING THE COMMISSIONER'S DENIAL OF BENEFITS AND TERMINATING CASE

This social security case is before the Court on the Objections (Doc. 14) filed by Plaintiff Susan Kestel ("Kestel") to the Magistrate Judge's Report and Recommendations ("Report") (Doc. 13). Magistrate Judge Sharon L. Ovington found that Kestel's contentions that the ALJ erred in considering Kestel's application for social security benefits lacked merit. She therefore recommended that the Court affirm the Commissioner's denial of benefits. Kestel filed Objections (Doc. 14) to the Report.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Upon said review, the Court finds that Kestel's Objections (Doc. 14) to the Report (Doc. 13) are not well-taken and they are hereby **OVERRULED**. The Court **ADOPTS** the Report (Doc. 13) and, accordingly, **AFFIRMS** the Commissioner's denial of benefits. This case shall be **TERMINATED** on the Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, February 20, 2018.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE